# COURTROOM DEPUTY MINUTES    DATE: 11-20-2006
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:15 — 3:22 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql

CASE NO.: 2:06mj130-DRB            DEFT. NAME: Jermaine Bradley SMITH

USA: Brunson                       ATTY: Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Robinson

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME: _____

☐ kars.          Date of Arrest 11-15-06  or  ☐ karsr40
☐ kia.           Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
☐ kcnsl.         Deft. First Appearance with Counsel
☐                Deft. First Appearance without Counsel
☐                Requests appointed Counsel    ✓ ORAL MOTION for Appointment of Counsel
✓ kfinaff.       Financial Affidavit executed  ☐ to be obtained by PTSO
✓ koappted       ORAL ORDER appointing Community Defender Organization  -  **Notice to be filed.**
☐ k20appt.       Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐                Deft. Advises he will retain counsel.  Has retained _____
☐                Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐                Government's WRITTEN Motion for Detention Hrg. filed.
☐ kdmhrg.        Detention Hearing ☐ held; ☐ set for _____
☐ kotempdtn.     ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.         ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.     Release order entered. Deft. advised of conditions of release
✓ kbnd.          ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
                 ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓ kloc.(LC)      Bond NOT executed. Deft to remain in Marshal's custody
☐                Preliminary Hearing ☐ Set for _____
☐ ko.            Deft. ORDERED REMOVED to originating district
☐ kwvprl.        Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐                Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.          ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
                 ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
                 DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.        NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.       Identity/Removal Hearing set for _____
☐ kwvspt         Waiver of Speedy Trial Act Rights Executed