IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj0130DRB |
| | ) | |
| JERMAINE BRADLEY SMITH | ) | |

### ORDER

Pursuant to his arrest on a petition, issued by the Southern District of Alabama for revocation of his supervised release, Defendant Jermaine Bradley Smith appeared initially and made a counseled, voluntary waiver of any identity hearing and any preliminary hearing, except that he preserved his right to a preliminary hearing to be consolidated with a revocation hearing before the sentencing judge in the Southern District. Accordingly, the court finds probable cause for the violations asserted and it is, therefore,

**ORDERED** that the Defendant is remanded to the custody of the United States Marshal for transfer to the United States District Court for the Southern District of Alabama, for the requested hearings before Chief Judge Callie V.S. Granade.

DONE THIS 21ST DAY OF NOVEMBER, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD

UNITED STATES MAGISTRATE JUDGE